UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAHID RIZKA,

    Plaintiff,                                             Case No. 13-cv-14870
                                                      Hon. Matthew F. Leitman

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (ECF #28) AND REGARDING DEPOSITION OF NON-PARTY WITNESS MIKE RIZKA

Pursuant to the agreement of the parties, and for the reasons stated on the record, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel is **GRANTED** and Defendant may take the deposition of Plaintiff's bankruptcy counsel Jon C. Kaner. At Mr. Kaner's deposition, Plaintiff shall not make any objection on the basis of the attorney-client privilege to any questions related to communications Plaintiff had with Mr. Kaner with respect to her bankruptcy proceedings.

**IT IS FURTHER ORDERED**, for the reasons stated on the record, that the Court will preside over the re-deposition of non-party witness Mike Rizka, and that this re-deposition shall take place within 30 days of this Order. Defendant shall be

1

limited to 60 minutes of examination of Mr. Rizka during this re-deposition. The parties are directed to consult with the Court's Case Manager to schedule Mr. Rizka's deposition for a time within the next 30 days. No later than 10 days prior to Mr. Rizka's re-deposition, counsel for Defendant shall serve on Plaintiff and deliver to the Court (1) an official transcript of Mr. Rizka's initial deposition; (2) a copy of the video recording of Mr. Rizka's deposition; (3) an audio recording of the referenced telephone call between Mr. Rizka and Defendant's counsel; and (4) a transcript of such call, if one is available.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113