UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAHID RIZKA,

    Plaintiff,

Case No. 13-cv-14870
Hon. Matthew F. Leitman

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

_____/

## ORDER ON STATUS CONFERENCE

On April 16, 2015, the Court convened an on-the-record status conference in this action that was attended by both parties and their respective counsel. As the Court stated at that conference, **IT IS HEREBY ORDERED** that:

- Plaintiff Nahid Rizka shall make herself available, within the next twenty-one days, for an additional four hours of deposition;

- All depositions going forward in this action, including the continuation of Ms. Rizka's deposition, shall be video recorded (with audio). The parties shall split the cost of such recording evenly;

- At all future depositions in this action, there shall be no objections as to the relevance of any question; no criticisms of the questioner's question; no back-and-forth colloquies between counsel; no speaking objections (i.e., any

objection must be made in the fewest amount of words possible); no objections that suggest an answer to the question; and no objections that a deposition is taking too long or that a questioner's question is repetitive; and

- If either party feels that the other side is conducting a deposition in violation of the Federal Rules of Civil Procedure, the party shall terminate the deposition and immediately file a motion with this court pursuant to the appropriate federal rules. In ruling on any such motion, the Court will consider whether sanctions, including but not limited to the entry of default judgment or the dismissal with prejudice of Plaintiff's action, are appropriate. The parties should be advised that if such a motion is filed, the Court will carefully review the transcript of the applicable deposition, and, if the Court feels the motion is not appropriately brought and/or that a party inappropriately terminated the deposition, the Court will strongly consider entering sanctions against the party bringing the motion.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2015, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113